Stanley J. Kartchner, Trustee
7090 N. Oracle Rd. #178-204
Tucson, AZ 85704
(520) 742-1210

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| ALBERT MICHAEL LEO III | ) | CASE NO. 4-09-19271-JMM |
| JESSICA LEO | ) | |
| | ) | ORDER APPROVING PAYMENT OF |
| Debtor(s). | ) | AUCTIONEER'S FEES AND COSTS |
| | ) | |

This matter having come before the court on the Application by Auctioneer for Compensation and for Reimbursement of Expenses, if required, due notice thereof having been given, and good cause appearing therefore,

IT IS HEREBY ORDERED approving the Application and allowing and approving payment to Sierra Auction Management fees in the amount of $1,700.00 and costs in the amount of $500.00.

DATED: _____     _____
                                                                        UNITED STATES BANKRUPTCY JUDGE