**TIFFANY & BOSCO** P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-55175

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Albert Michael Leo, III and Jessica Leo<br>　　　　Debtors.<br>_____<br>U.S. Bank National Association, as Trustee for CSMC 2006-6<br><br>　　　　Movant,<br>　　vs.<br><br>Albert Michael Leo, III and Jessica Leo, Debtors; Stanley J. Kartchner, Trustee.<br><br>　　　　Respondents | No. 4:09-bk-19271-JMM<br><br>Chapter 7<br><br>ORDER FOR ABANDONMENT<br><br>(Related to Docket #43) |

On this day came on for consideration, U.S. Bank National Association, as Trustee for CSMC 2006-6, its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest in the following described real property is abandoned:

3793 W S Butte Rd
Queen Creek AZ 85242

and legally described as:
Lot 76, of SAN TAN HEIGHTS PARCEL A-2, according to Cabinet E, Slide 124, records of Pinal County, Arizona.